# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                    Case Number: 07 C 6874
Board of Trustees of the Local Union No. 422 U.A.., of Joliet, et al
                Plaintiff,
  V.                                              Judge Lefkow
RNR Leasing, Inc., an Illinois Corporation

                Defendants,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff

| |
|---|
| NAME (Type or print) <br><br> PHILIP BRZOZOWSKI |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br><br> /s/ Philip Brzozowski |
| FIRM <br><br> ARNOLD AND KADJAN |
| STREET ADDRESS <br><br> 19 WEST JACKSON BLVD. |
| CITY/STATE/ZIP <br><br> CHICAGO, IL. 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br><br> 6288049 | TELEPHONE NUMBER <br><br> (312) 236-0415 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |