# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

BOARD OF TRUSTEES OF THE LOCAL
UNION NO. 422 et. al.

      Plaintiffs,

V.

RNR Leasing, Inc., R and R Leasing, Inc., and
Royanne Reddy, Individually

      Defendants.

CASE NUMBER:

**07CV6874
JUDGE LEFKOW
MAG. JUDGE COLE**

MAGISTRATE JUDGE.

TO: (Name and address of Defendant)
    Royanne Reddy, Individually
    2859 East 30th Road
    Seneca, IL 61360-9524

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Donald D. Schwartz
    Ross B. Mantell
    Arnold and Kadjan
    19 West Jackson Blvd., Suite 300
    Chicago, IL 60604
    (312) 236-0415

an answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_(signature)_
(By) DEPUTY CLERK

DEC - 6 2007
DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 01/10/08 |
| NAME OF SERVER (PRINT) Sgt. W. Evans | TITLE Deputy Sheriff |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 2859 E 30th Rd

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 25.00 | TOTAL 25.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  01/10/08
             Date

Sgt. W. Evans 244
Signature of Server

LaSalle Co Sheriff 707 Etna Rd
Ottawa IL
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.