# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

BOARD OF TRUSTEES OF THE LOCAL
UNION NO. 422 et. al.

Plaintiffs,

V.

RNR Leasing, Inc., R and R Leasing, Inc., and
Royanne Reddy, Individually

Defendants.

**07CV6874
JUDGE LEFKOW
MAG. JUDGE COLE**

MAGISTRATE JUDGE:

TO: (Name and address of Defendant)
R and R Leasing, Inc.
2859 East 30th Road
Seneca, IL 61360-9524

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald D. Schwartz
Ross B. Mantell
Arnold and Kadjan
19 West Jackson Blvd., Suite 300
Chicago, IL 60604
(312) 236-0415

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

DATE DEC - 6 2007

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 01/10/08 |
| NAME OF SERVER (PRINT) Sgt. W. Evans | TITLE Deputy Sheriff |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): R & R Leasing INC
Served - Rayanne Riddy / agent W/F 57 years old
1/10/08  10:00 Am

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 14.00 | 25.00 | 39.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-10-08
Date

Signature of Server: Sgt. W. Evans

LaSalle Co. Sheriff
707 Etna Rd Ottawa Il 61350
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.