IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LOCAL ) <br> UNION NO. 422 U.A. OF JOLIET, ) <br> ILLINOIS PENSION FUND AND ) <br> BOARD OF TRUSTEES OF THE LOCAL ) <br> UNION NO. 422 U.A. OF JOLIET, ) <br> ILLINOIS WELFARE FUND, ) <br>     ) <br>         Plaintiffs, ) <br>     ) <br> v.     ) <br>     ) <br> RNR Leasing, Inc., R and R Leasing, Inc., ) <br> and Royanne Reddy, Individually, ) <br>     ) <br>         Defendants. ) | No. 07 C 6874 <br><br> Judge Lefkow <br><br> Magistrate Judge Cole |

## AFFIDAVIT

Donald D. Schwartz, upon being first duly sworn, on oath deposes and states:

1. Affiant is partner in the Law Firm Arnold & Kadjan handling this case.

2. Our firm has spent 5 hours in litigation in this matter.

3. Our normal rate is $175.00 per hour.

4. Our firm charged the Plumbers and Pipefitters Local Union No. 422 $875.00 in this matter.

5. Our firm charged $350.00 for court filing fee and $75.00 process fee.

6. Affiant is not currently suffering any infirmities and is competent to testify to all the foregoing.

**EXHIBIT B**

FURTHER AFFIANT SAYETH NOT.

_____
DONALD SCHWARTZ