IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS PENSION FUND AND BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS WELFARE FUND, <br><br> Plaintiffs, <br><br> v. <br><br> RNR Leasing, Inc., R and R Leasing, Inc., and Royanne Reddy, Individually, <br><br> Defendants. | No. 07 C 6874 <br><br> Judge Lefkow <br><br> Magistrate Judge Cole |

## JUDGMENT ORDER

**THIS CAUSE** coming on to be heard on Plaintiffs' Motion for Order of Default and Judgment in Sum Certain, all parties having been given due notice;

**IT IS HEREBY ORDERED**:

1. Judgment in the amount of $8,047.87 is entered in favor of Plaintiffs, and against the Defendants, RNR Leasing, Inc., R and R Leasing, Inc., and Royanne Reddy, Individually.

2. This is a final and appealable order.

DATED:_____

ENTER:_____
**HONORABLE JUDGE LEFKOW**

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415