IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS PENSION FUND AND BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS WELFARE FUND,<br><br>Plaintiffs,<br><br>v.<br><br>RNR Leasing, Inc., R and R Leasing, Inc., and Royanne Reddy, Individually,<br><br>Defendants. | No. 07 C 6874<br><br>Judge Lefkow<br><br>Magistrate Judge Cole |

## NOTICE OF MOTION

TO:  RNR Leasing, Inc.         R and R Leasing, Inc.        Royanne Reddy, Individually
     2859 East 30th Road       2859 East 30th Road          2859 East 30th Road
     Seneca, IL 61360-9524     Seneca, IL 61360-9524        Seneca, IL 61360-9524

**PLEASE TAKE NOTICE** that on **February 26, 2008 at 9:30 a.m.** or as soon thereafter as Counsel may be heard, I shall appear before the **Honorable Judge Lefkow**, in the Courtroom **1925** usually occupied by him in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Order of Default and Judgment in Sum Certain.

BOARD OF TRUSTEES OF THE LOCAL
UNION NO. 422, U.A. OF JOLIET, ILLINOIS
PENSION FUND, et. al.

By: s/ Donald D. Schwartz
    Counsel for Plaintiffs

Donald D. Schwartz  
ARNOLD AND KADJAN  
19 W. Jackson Blvd., Suite 300  
Chicago, IL 60604  
312-236-0415 (phone)  
312-341-0438 (fax)  
Dated: February 14, 2008

## **PROOF OF SERVICE**

  I hereby certify that on the 14th day of February 2008, a copy of foregoing Motion for Order of Default and Judgment in Sum Certain was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy was sent by U.S. mail to the above-mentioned at the above-mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 14th day of February 2008, at or before the hour of 5:00 p.m.

| | | |
|---|---|---|
| RNR Leasing, Inc. | R and R Leasing, Inc. | Royanne Reddy, Individually |
| 2859 East 30th Road | 2859 East 30th Road | 2859 East 30th Road |
| Seneca, IL 61360-9524 | Seneca, IL 61360-9524 | Seneca, IL 61360-9524 |

              s/Donald D. Schwartz
              ARNOLD AND KADJAN
              19 W. Jackson Blvd., Suite 300
              Chicago, IL 60604
              312-236-0415 (phone)
              312-341-0438 (fax)
              Dated: February 14, 2008

Donald D. Schwartz
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, IL 60604
(312) 236-0415