UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
Eastern Division

Local Union No. 422 U.A. of Joliet, Illinois Pension Fund, et al.
                                              Plaintiff,
v.                                            Case No.: 1:07−cv−06874
                                              Honorable Joan H. Lefkow

RNR Leasing, Inc., et al.
                                              Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 19, 2008:

MINUTE entry before Judge Joan H. Lefkow :Plaintiffs' motion for order of default and judgment in sum certain [12] is reset from 2/26/2008 to 3/4/2008 at 09:30 AM.Mailed notice(mad, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.