## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6874 | **DATE** | 3/4/2008 |
| **CASE TITLE** | Board Trustees of Local Union No. 422 vs. RNR Leasing, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiffs' motion for order of default and judgment in sum certain [12] is granted. Enter Judgment Order. Judgment entered in the amount of $8,047.87 in favor of plaintiffs and against defendants. Civil Case Terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:01

| | Courtroom Deputy Initials: | MD |
|---|---|---|