MHN

# United States District Court for the Northern District of Illinois

Case Number: **07C6874**          Assigned/Issued By: **NT**

## FEE INFORMATION

**Amount Due:**
- [x] $350.00
- [ ] $39.00
- [ ] $5.00
- [ ] IFP
- [ ] No Fee
- [ ] Other _____
- [ ] $455.00

No. Service copies _____          Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

### ISSUANCES

- [ ] Summons
- [ ] Alias Summons
- [ ] Third Party Summons
- [ ] Lis Pendens
- [ ] Non Wage Garnishment Summons
- [ ] Abstract of Judgement
- [ ] Wage-Deduction Garnishment Summons
- [x] Citation to Discover Assets
- [ ] Writ _____ (Type of Writ)

(Victim and $ Amount)

Original and 1 copy on 4/1/8 as to **Marseilles Bank, Royanne Reddy**
(Date)

C:\wpwin80\docket\feeinfo.frm   04/07/05