# Marseilles Bank

100 East Bluff Street
P.O. Box 89
Marseilles, IL 61341
(815) 795-3900
Fax: (815) 795-5976

April 15, 2008

Attorney Donald Schwartz
Arnold and Kadjan
19 W. Jackson Blvd
Chicago, IL. 60604-3958

Dear Mr. Schwartz:

The Marseilles Bank received your judgment on R&R Leasing/Royanne Reddy. The amount of $8,047.87 has been set aside awaiting the Court's order.
Thank-you.

Respectfully yours,

*[signature]*

Ron Blumenshine, President