IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS PENSION FUND AND BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS WELFARE FUND, <br><br> Plaintiffs, <br><br> v. <br><br> RNR Leasing, Inc., R and R Leasing, Inc., and Royanne Reddy, Individually, <br><br> Defendants. | ) ) ) ) ) No. 07 C 6874 ) ) Judge Lefkow ) ) Magistrate Judge Cole ) ) ) ) ) ) |

## NOTICE OF MOTION

TO:  RNR Leasing, Inc.          R and R Leasing, Inc.        Royanne Reddy, Individually
     2859 East 30th Road        2859 East 30th Road          2859 East 30th Road
     Seneca, IL 61360-9524      Seneca, IL 61360-9524        Seneca, IL 61360-9524

**PLEASE TAKE NOTICE** that on **April 24, 2008**, at **9:30 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge Lefkow, Room 1925** in the Courtroom usually occupied by her in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Turnover Order.

                                BOARD OF TRUSTEES OF THE LOCAL
                                UNION NO. 422, U.A. OF JOLIET, ILLINOIS
                                PENSION FUND, et. al.


                                s/ Donald D. Schwartz
                                One of their Attorneys

Donald D. Schwartz
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604

**PROOF OF SERVICE**

I hereby certify that I electronically filed this Notice of Motion and Motion for Turnover with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 15th day of April 2008, at or before the hour of 5:00 p.m.

| RNR Leasing, Inc. | R and R Leasing, Inc. | Royanne Reddy, Individually |
|---|---|---|
| 2859 East 30th Road | 2859 East 30th Road | 2859 East 30th Road |
| Seneca, IL 61360-9524 | Seneca, IL 61360-9524 | Seneca, IL 61360-9524 |

s/Donald D. Schwartz
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)
Dated: April 15, 2008