UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

BOARD OF TRUSTEES
OF THE LOCAL UNION 422 UA

v.

RNR LEASING INC, et al

Case # 07C 6874

### AFFIDAVIT OF SPECIAL PROCESS SERVER

Scott Poews, an investigator with The Argus Agency, Inc., a licensed Illinois detective agency (license # 117-000215) located at 1480 Renaissance Drive, Ste. 208, Park Ridge, IL 60068, hereby states as follows:

1. That he served the within Citation to Discover Assets on the within named

   Marseilles Bank
   c/o Ron Blumenshine, Bank President

2. a) That the sex, race and approximate age of the person with whom he left the Citation to Discover Assets are as follows:
   sex _M_ race _W_ approximate age _55_ other _gray hair_

   b) That the place where and the date and time of the day when the Citation to Discover Assets left with the person were as follows:
   place: _Bank, 100 E. Bluff St Marseilles IL_
   date: _4/14/08_ time of day: _4:00 P_

3. Subsequently, a citation notice was sent via U. S. Mail to:
   RNR LEASING INC
   2859 E. 30th Rd.
   Seneca IL 61360        on  4/14/08

Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

_Scott Poews_
Special Process Server