IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LOCAL ) | |
| UNION NO. 422 U.A. OF JOLIET, ) | |
| ILLINOIS PENSION FUND AND ) | |
| BOARD OF TRUSTEES OF THE LOCAL ) | |
| UNION NO. 422 U.A. OF JOLIET, ) | No. 07 C 6874 |
| ILLINOIS WELFARE FUND, ) | |
| ) | Judge Lefkow |
| Plaintiffs, ) | |
| ) | Magistrate Judge Cole |
| v. ) | |
| ) | |
| RNR Leasing, Inc., R and R Leasing, Inc., ) | |
| and Royanne Reddy, Individually, ) | |
| ) | |
| Defendants. ) | |

## CITATION TO DISCOVER ASSETS

TO:   Royanne Reddy, Individually
      2859 East 30th Road
      Seneca, IL 61360-9524

**YOU ARE COMMANDED** to appear in the courtroom of the **Honorable Judge Lefkow, Room 1925**, 219 South Dearborn Street, Chicago, Illinois, at **9:30 a.m.** on **April 17, 2008**, to be examined under oath concerning the property or income of, or indebtedness due Defendant. Judgment was entered against Defendant and for Plaintiffs **BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422, et al.**, on **March 4, 2008**, in the amount of **$8,047.87**. Of that amount **$8,047.87** for **BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422, et al.**, still remains unsatisfied. A copy of the Judgment entered by **Judge Lefkow** was filed with the Clerk of the Court.

**YOU ARE COMMANDED** to produce at the examination all books, papers or records in your possession or control which may contain information concerning the property or income of Defendant(s) or indebtedness due them.

**WARNING:** Your failure to appear in Court as herein directed may cause you to be arrested and brought before the Court to answer to a charge of contempt of Court, which may be punishable by imprisonment in the County Jail.

The books and records to be produced include all personal and business or corporate checkbooks, check registers, books of account, ledger books, income and payroll tax returns and supporting documents including schedules, bank books, information regarding loans applied for