UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Local Union No. 422 U.A. of Joliet, Illinois Pension Fund, et al.

          Plaintiff,

v.

          Case No.: 1:07−cv−06874

          Honorable Joan H. Lefkow

RNR Leasing, Inc., et al.

          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 17, 2008:

    MINUTE entry before Judge Honorable Joan H. Lefkow:In court hearing held on 4/17/2008 on citations to discover assets. Citation as to Royanne Reddy is withdrawn. Citation as to Marseilles Bank is continued generally for 60 days.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.