Order Form (01/2005)

*HHN*

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6874 | **DATE** | 4/24/2008 |
| **CASE TITLE** | Board Trustees of the Local Union No. 422 Fund, et al. vs. RNR Leasing, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held.  Plaintiffs' motion for turnover order [21] is granted.  Enter Order.  Marseilles Bank shall turn over to plaintiffs the sum of $8,047.87.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:02

| | | Courtroom Deputy Initials: | MD |
|---|---|---|---|