MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS PENSION FUND AND BOARD OF TRUSTEES OF THE LOCAL UNION NO. 422 U.A. OF JOLIET, ILLINOIS WELFARE FUND, <br><br> Plaintiffs, <br><br> v. <br><br> RNR Leasing, Inc., R and R Leasing, Inc., and Royanne Reddy, Individually, <br><br> Defendants. | No. 07 C 6874 <br><br> Judge Lefkow <br><br> Magistrate Judge Cole |

## ORDER

This matter coming to be heard on Plaintiffs' Request for Turnover Order and for entry of a Turnover Order;

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Request for Turnover Order against Marseilles Bank is granted.

2. Marseilles Bank is ordered to turnover to Plaintiffs the sum of $8,047.87 in satisfaction of the Citation.

3. This is a final and appealable Order.

DATED: __APR 2 4 2008__

ENTER: _[signature]_
HONORABLE JUDGE LEFKOW

Donald D. Schwartz
Arnold and Kadjan
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415